JS - 6
cc: see G - 75 attached

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUIZ ) | **Case No. SACV 09-0352 DOC (MLGx)** |
| **Plaintiff(s),** ) | |
| v. ) | **ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT** |
| BLACK & DECKER (US) INC., ET. AL., ) | |
| **Defendant(s).** ) | Orange County Superior Court Case No: 30-2009-00117781 |

On January 27, 2009, Plaintiff filed the instant lawsuit in the Orange County Superior Court. On March 29, 2009, Defendant Black & Decker, U.S., Inc. removed the action to this Court. Plaintiff's complaint seeks relief for three state law claims: product liability, negligence, and breach of warranty. In his complaint, Plaintiff avers that his "medical bills thus far are in excess of $50,000.00 and continue to increase." Defendant's Notice of Removal states that jurisdiction is appropriate under 28 U.S.C. 1441(b) as "it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs, because plaintiff allege [sic] that plaintiff suffered medical bills in excess of $50,000 and continue to increase [sic]." This allegation is not enough to meet the $75,000 amount in controversy requirement under 28 U.S.C. §1332.

1  Diversity jurisdiction must be ascertained at commencement of the action; later events
2  generally do not affect diversity jurisdiction. *Johnson v. Wattenbarger*, 361 F.3d 991, 993 (7th Cir.
3  2004). Further, where the amount in controversy is disputed or uncertain, a general conclusory
4  allegation is insufficient. *Allen v. R&H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995). Finally,
5  no post-removal discovery is allowed to establish the value of a plaintiff's claim where the removal
6  notice is insufficient to establish the amount in controversy. *Lowery v. Alabama Power Co.*, 483
7  F.3d 1184, 1215 (11th Cir. 2007).

8  Accordingly, this case is hereby REMANDED to Orange County Superior Court.

10  IT IS SO ORDERED.
11  DATED: May 27, 2009                           _____
12                                                              DAVID O. CARTER
                                                                United States District Judge